# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS              CASE NO.  3:06cr96LAC

JEANETTE MCPHERSON

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on __December 14, 2006__
Motion/Pleadings:__MOTION TO ADOPT APPLICABLE PLEADINGS OF CO-DEFENDANT__
Filed by _DEFENDANT_ on _12/13/2006_ Doc.# _47_
RESPONSES:

                     on _____ Doc.# _____
                     on _____ Doc.# _____

_____ Stipulated  _____ Joint Pldg.
__X__ Unopposed  _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)          Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 19th day of December, 2006, that:*

*(a) The relief requested is **GRANTED**.*

*(b) _____*

*s/L.A. Collier*
**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.